UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  JOESTEN, MICHAEL SCOTT<br>JOESTEN, LISA CHRISTINE<br>KNIOLA, LISA CHRISTINE  Debtor(s) | CASE NO. 08-24255 JPK |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2.  Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

| | |
|---|---|
| DATED:        May 19, 2011 | By: /s/ Stacia L. Yoon<br>STACIA L. YOON, TRUSTEE #16933-53<br>Genetos Retson & Yoon LLP<br>8585 Broadway, Suite 480<br>Merrillville, IN 46410<br>Telephone: (219) 755-0401<br>bankruptcy@grymlaw.com |

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Drew C.  Rhed, rhedlaw@comcast.net
Regular Mail:
JOESTEN, MICHAEL SCOTT, 321 WINDERMERE, CHESTERTON, IN 46304
JOESTEN, LISA CHRISTINE, 321 WINDERMERE, CHESTERTON, IN 46304
American Infosource LP as agent for T Mobile/T-Mobile USA Inc., P.O. Box 248848, Oklahoma City, OK 73124-8848

1

Printed: 05/17/11 08:36 AM

# Claims Distribution Small Checks

Page: 1

Trustee: Stacia L. Yoon, Chapter 7 Trustee (340450)

Case: 08-24255 - JOESTEN, MICHAEL SCOTT

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 92000246758166 | 118 | | 05/17/11 | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $4.91 |
| | | 14 | 10/15/09 | 610 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T MOBILE/T-MOBILE USA INC<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | 156.71 | 156.71 | 4.91 | 4.91 |

(*) Denotes objection to Amount Filed